**FILED**

July 20, 2023

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-mj-0007 CKD |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| GLEN KNAPP | |
| Defendant. | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GLEN KNAPP</u> Case No. <u>2:23-mj-0007 CKD</u> Charges <u>18 USC § 113(a)(5)</u> from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____        Unsecured Appearance Bond $ _____

_____        Appearance Bond with 10% Deposit

_____        Appearance Bond with Surety

_____        Corporate Surety Bail Bond

___x___        (Other):TIME SERVED.

Issued at Sacramento, California on July 20, 2023 at 9:45 AM

By:    <u>/s/ Carolyn K. Delaney</u>

Magistrate Judge Carolyn K. Delaney